1  H. Nelson Meeks CBN #175800
2  LAW OFFICES OF H. NELSON MEEKS
   870 Market Street, Suite 975
3  San Francisco, CA 94102
   (415) 989-9915
4  (415) 989-9914 (FAX)

5

6  Attorney for **Plaintiff**
   **FARZANEH AMINI**

7

8          **UNITED STATES DISTRICT COURT**
         **NORTHERN DISTRICT OF CALIFORNIA**

9

10  FARZANEH AMINI                    CASE NO:

11                                    AGENCY # **A 98-256-518**

12          PETITIONER
                                      **COMPLAINT FOR WRIT OF**
13                                    **MANDAMUS**

14  MICHAEL MUKASEY,
    ATTORNEY GENERAL OF THE
    UNITED STATES
15  MICHAEL CHERTOFF,
    SECRETARY,
16  DEPARTMENT OF HOMELAND
    SECURITY;
17
18  ROSEMARY MELVILLE,
    DISTRICT DIRECTOR,
19  SAN FRANCISCO OFFICE, U.S.
    CITIZENSHIP AND
20  IMMIGRATION SERVICES;
21  ROBERT DIVINE, ACTING
    DIRECTOR,
22  U.S. CITIZENSHIP AND
23  IMMIGRATION SERVICES
24          DEFENDANTS.
25
26
27
28



**ORIGINAL**
**FILED**

NOV 14 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Law Offices of H. Nelson Meeks
870 Market Street, Suite 975
San Francisco, CA 94102

INS v. Amini
FarzanehA 98-256-
518

1

## COMPLAINT FOR WRIT OF MANDAMUS

2

3      To the Honorable Judges of Said Court:

4      Plaintiff, Farzaneh AMINI, through undersigned counsel, allege as follows:

5                              **INTRODUCTION**

6      1.      This is a civil action brought pursuant to 28 U.S.C. §1331, and 28

7      U.S.C. §1361, to redress the deprivation of rights, privileges and immunities

8      secured to Plaintiff to compel Defendants to perform a duty Defendants owe to

9      Plaintiff. Jurisdiction is also conferred by 5 U.S.C. §701.

10      2.      This action is brought to compel Defendants and those acting under

11      them to take action on the Applications to Adjust Status, Form I-485, in order for

12      Plaintiff, to become a Permanent Resident of the United States.

13      3.      Plaintiff is eligible to have her Applications adjudicated.

14      4.      Defendants, the Department of Homeland Security and U.S.

15      Citizenship and Immigration Services, are charged by law with the statutory

16      obligation to adjudicate these Applications to Adjust Status, Form I-485.  In fact,

17      defendants have taken money for this purpose.

18      5.      Venue is proper under 28 USC §1391(e) because the Plaintiff resides

19      in this district and no real property is involved in this action.

20                              **SUMMARY OF CASE**

21      6.      This case involves a 46 year-old Iranian woman who has lived in the

22      United States for 30 years who has waited nearly three years for Defendants to

23      approve her application for adjustment of status.  She is married to a United

24      States Citizen.  Plaintiff is educated and a productive member of society.  She

25      freely gives of her time to the Afghan Community by providing psychological

26      services including work in suicide prevention, alcohol and drug recovery, worked

27      closely with battered women, juvenile delinquents. She has also treated children

28

Law Offices of H. Nelson Meeks
870 Market Street, Suite 975
San Francisco, CA 94102

- 2 -

and adolescents suffering from manic depression, autism, pervasive development disorder, attention deficit disorder, post-traumatic stress disorder, physical and sexual emotional abuse. Also works in convalescent hospitals and work with afghan refugees. As you can note, her career has been dedicated to helping those in need.

**7.**    On account of Defendants' unreasonable delay in processing her application, she has lived under constant stress without knowing the reasons Defendants are delaying the adjudication of her application.

## FACTS

**8.**    Plaintiff is the beneficiary of an Adjustment of Status application through her United States citizen husband.  She submitted her applications (I-485, I-130 & I-765) before the U.S. Citizenship and Immigration Service [hereafter USCIS] on or about August 29, 2004. Exhibit A.

**9.**    Plaintiff's I-485 & I-130 should have been adjudicated six months after her application was filed. Exhibit B (San Francisco District Office processing dates) & Exhibit C (USCIS – California Service Center I-130 processing dates).

**10.**    On November 5, 2004, USCIS acknowledged receipt of her application but stated it could not accept said application because additional evidence was required. [Exhibit D] Plaintiff responded timely.

**11.**    On December 2, 2004, USCIS acknowledge receipt and acceptance of plaintiff's application. She was informed that an interview would follow. Exhibit E

**12.**    Plaintiff was informed to pick up her Work Authorization on December 8, 2004. Again plaintiff followed instructions and appeared as indicated. Exhibit F

Law Offices of H. Nelson Meeks
870 Market Street, Suite 975
San Francisco, CA 94102

- 3 -

13. On December 2, 2004, USCIS requested further evidence for the processing of plaintiff's application. Exhibit G. She was also required to appear for fingerprints. Exhibit H

14. On February 3, 2005, USCIS asked plaintiff to appear for an interview before Officer B18 Bock DC3 in San Francisco, California to adjudicate plaintiff's application for adjustment of status. Exhibit I (copy of USCIS Interview Notice).

15. At the end of the interview, the Immigration Officer asked plaintiff to provide a copy of the I-94 she was issued upon entry. The Immigration Officer also informed plaintiff that she would be approved upon receipt of said document. Exhibit J. Thereon plaintiff applied to the USCIS to obtain said document. Upon receipt, plaintiff sent a copy to the immigration officer. Please note that it took two months for USCIS to respond to her application. Exhibit K

16. Plaintiff contacted the USCIS on numerous occasions and was informed that her application was still being processed.

17. On March 3, 2006, USCIS sent plaintiff to get fingerprinted again and again she followed instructions by getting fingerprinted on March 10, 2006. Exhibit L

18. Plaintiff made another inquiry to USCIS and this time it responded by stating her application was delayed on account of a background investigation. Exhibit M.

19. Finally, plaintiff hired the undersigned counsel to try to do something about the delay. The undersigned counsel sent a letter to USCIS district office on November 8, 2007 to follow up and to inform it that plaintiff would take this matter up with this court if a response was not forthcoming. Exhibit N

Law Offices of H. Nelson Meeks
870 Market Street, Suite 975
San Francisco, CA 94102

INS v. Amini
FarzanehA 98-256-
518

COMPLAINT FOR MANDAMUS

20.    It has now been two years and nine months since plaintiff was interviewed by a USCIS Officer.  Plaintiff's application of Adjustment of Status, has now been pending for over three years and two months.

21.    Plaintiff has made several requests to determine the status of her application and the delay associated with its approval, but has yet to receive any meaningful response from any governmental agency.

## EQUITIES

22.    Now this is not a case where Plaintiff's presence is questionable or that she may in anyway be a threat to the United States.  Quite to the contrary, Plaintiff entered the United States on or around 1977 by way of a student visa. She is happily married and is a benefit to her community.  Exhibit O.

23.    Plaintiff has obtained a Bachelor of Arts in Psychology with a minor in Philosophy and a  Master of Arts in Psychology from in University of San Francisco . Received her at the same institution, and completed a Ph.D. in clinical psychology at the Wright Institute, Berkeley in 2001. Exhibit P

24.    Plaintiff is happily married. She has been married to her United Citizen husband Rahim Kazemi for over 3 years. Exhibit Q

25.    Since she was an undergraduate at the University of San Francisco, she has served the community by giving thousands of unpaid hours by rendering services including work in suicide prevention, alcohol and drug recovery, battered with battered women and with juvenile delinquents.  Plaintiff has also worked for a number of non-profit organizations listed in her CV.  Plaintiff presently provides significant psychotherapeutic services to low-income families, children and adolescents.

26.    As described above, plaintiff has in every way manifest the attributes of an exemplary member of the community where she lives.  She pays her taxes,

Law Offices of H. Nelson Meeks
870 Market Street, Suite 975
San Francisco, CA 94102

works, pays her taxes and contributes pro-bono services to those who cannot afford her professional fees.

27.    As for hardships, plaintiff has prudently chosen to not stray from the borders of the United States until the government renders its decision concerning her application for legal permanent residency.  She does need to see her mother who is in Iran.  She also needs the uncertainty of her pending application for adjustment lifted.  Indeed, this is an emotionally draining situation that plaintiff deals with on a daily basis.  Plaintiff has a medical condition that is aggravated by this stress.

28.    In addition to the emotional challenges related to her pending application, plaintiff cannot begin to seek status as a United States Citizen until she first becomes a legal permanent resident.  In order to qualify for certain jobs, United States citizenship is required.  The failure of the government to timely act on her application to adjust status has had the effect of delaying her citizenship.  Had her application been timely adjudicated, plaintiff would now be able to seek citizenship.

29.    In sum, Plaintiff has been a law-abiding, tax-paying member of this society and has done nothing but help and serve this country and those of its members in need. She serves as a great benefit to her community. Plaintiff has received letters from members of the community to support her case. Exhibit R

**CLAIMS**

30.    Defendants have willfully and unreasonably delayed in, and have refused to, adjudicate plaintiff's Applications for Adjustment of Status, thereby depriving  her of the benefit of becoming Permanent Resident of the United States, and the peace of mind she and her family are entitled to.

31.    Plaintiff has also lost great employment opportunities because of her immigration status.

Law Offices of H. Nelson Meeks
870 Market Street, Suite 975
San Francisco, CA 94102

INS v. Amini
FarzanehA 98-256-
518

COMPLAINT FOR MANDAMUS

32.    Plaintiff has been deprived of seeing her 76 years old mother who suffers from diabetes, kidney disease, and late-stage arthritis. She has also been deprived of seeing meet her in-laws and this situation has been a great source of grief in their lives.

33.    Defendants owe plaintiff a duty to adjudicate her application, and have unreasonably failed to perform that duty.

34.    Plaintiff has exhausted any administrative remedies that may exist.

WHEREFORE, Plaintiff prays that the Court:

1.    Compel defendants and those acting under them to perform their duty to adjudicate plaintiff's Application;

2.    Grant such other and further relief as this Court deems proper under the circumstances; and

3.    Grant Attorney's fees and costs of Court to Plaintiff under the Equal Access to Justice Act.

Respectfully submitted this November 13, 2007

H. Nelson Meeks, Esq.
Attorney for Farzaneh Amini
Petitioner

Law Offices of H. Nelson Meeks
870 Market Street, Suite 975
San Francisco, CA 94102

INS v. Amini
FarzanehA 98-256-
518

COMPLAINT FOR MANDAMUS

1

**PROOF OF SERVICE**

2

3      I declare that I am employed in the County of San Francisco, State of
California.  I am over the age of 18 years and am not a party to this action.

4

5      On ~~Tuesday~~ Wednesday, November 14, 2007, I served the foregoing document(s)
described as: COMPLAINT FOR MANDAMUS

6

7   IN THE MATTER OF: **FARZANEH AMINI, Agency No.: A 98-256-
518** to be sent to the following person(s):

8

9   Thomas W. Hussey, Director            Ms. Rosemary Melville
Office of Immigration Litigation      District Director

10  Civil Division                        Department of Homeland Security
U.S. Dept. of Justice                 630 Sansome Street

11  1300 Pennsylvania Avenue, N.W.        San Francisco, CA 94111

12  Washington D.C. 20004

13

14  Michael Mukasey                       Robert Divine
Attorney General                      Acting Deputy Director

15  U.S. Dept. of Justice                 US  Citizenship and Immigration
950 Pennsylvania Ave., NW             Services

16  Washington D.C. 20530-0001            Washington DC 20528

17

18  Michael Chertoff.                     Ofice of the General Counsel
Secretary of the Department of        US Department of Homeland

19  Homeland Security                     Security
Washington DC 20528                   Washington DC 20528

20

21      [ x  ]      BY MAIL.  I caused such envelopes, with 1st class
postage affixed thereto, to be placed in the United States mail at

22      San Francisco, California.

23

24      I declare under penalty of perjury under the laws of the State of
California that the above is true and correct.

25

26      ![signature]

27      Arleen Raymundo
Law Offices of H. Nelson Meeks

28

Law Offices of H. Nelson Meeks
870 Market Street, Suite 400
San Francisco, CA 94102

- 1 -

H. Nelson Meeks CBN #175800
LAW OFFICES OF H. NELSON MEEKS
870 Market Street, Suite 975
San Francisco, CA 94102
(415) 989-9915
(415) 989-9914 (FAX)

ORIGINAL
FILED

NOV 1 4 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorney for **Plaintiff**
**FARZANEH AMINI**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FARZANEH AMINI

PETITIONER

MICHAEL MUKASEY,
ATTORNEY GENERAL OF THE
UNITED STATES
MICHAEL CHERTOFF,
SECRETARY,
DEPARTMENT OF HOMELAND
SECURITY;
ROSEMARY MELVILLE,
DISTRICT DIRECTOR,
SAN FRANCISCO OFFICE, U.S.
CITIZENSHIP AND
IMMIGRATION SERVICES;
ROBERT DIVINE, ACTING
DIRECTOR,
U.S. CITIZENSHIP AND
IMMIGRATION SERVICES

DEFENDANTS.

CASE NO:    5796

AGENCY # A 98-256-518

**COMPLAINT FOR WRIT OF CRB
MANDAMUS**

COMPLAINT FOR MANDAMUS

INS v. Amini
FarzanehA 98-256-
518

Law Offices of H. Nelson Meeks
870 Market Street, Suite 975
San Francisco, CA 94102

EXHIBIT A

U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0054

**Petition for Alien Relative**

| DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY | | |
|---|---|---|
| A# | Action Stamp | Fee Stamp |
| **Section of Law/Visa Category** ☐ 201(b) Spouse - IR-1/CR-1 ☐ 201(b) Child - IR-2/CR-2 ☐ 201(b) Parent - IR-5 ☐ 203(a)(1) Unm. S or D - F1-1 ☐ 203(a)(2)(A)Spouse - F2-1 ☐ 203(a)(2)(A) Child - F2-2 ☐ 203(a)(2)(B) Unm. S or D - F2-4 ☐ 203(a)(3) Married S or D - F3-1 ☐ 203(a)(4) Brother/Sister - F4-1 | | Petition was filed on: _____ (priority date) ☐ Personal Interview ☐ Previously Forwarded ☐ Pet. ☐ Ben. " A" File Reviewed ☐ I-485 Filed Simultaneously ☐ Field Investigation ☐ 204(g) Resolved ☐ 203(a)(2)(A) Resolved ☐ 203(g) Resolved |
| Remarks: | | |

**A. Relationship**    You are the petitioner; your relative is the beneficiary.

| 1. I am filing this petition for my: ☒ Husband/Wife ☐ Parent ☐ Brother/Sister ☐ Child | 2. Are you related by adoption? ☐ Yes ☒ No | 3. Did you gain permanent residence through adoption? ☐ Yes ☒ No |
|---|---|---|

| **B. Information about you** | **C. Information about your relative** |
|---|---|
| 1. Name (Family name in CAPS) (First) (Middle) KAZEMI    Rahim    N/A | 1. Name (Family name in CAPS) (First) (Middle) AMINI    Farzaneh    N/A |
| 2. Address (Number and Street) (Apt.No.) 586 Clarinada Ave    19 (Town or City) (State/Country) (Zip/Postal Code) Daly City    California    94015 | 2. Address (Number and Street) (Apt. No.) 586 Clarinada Ave    19 (Town or City) (State/Country) (Zip/Postal Code) Daly City    California    94015 |
| 3. Place of Birth (Town or City) (State/Country) Nahavand    Iran | 3. Place of Birth (Town or City) (State/Country) Tehran    Iran |
| 4. Date of Birth (Month/Day/Year) 03/22/1950   5. Gender ☒ Male ☐ Female   6. Marital Status ☒ Married ☐ Single ☐ Widowed ☐ Divorced | 4. Date of Birth (Month/Day/Year) 07/28/1961   5. Gender ☐ Male ☒ Female   6. Marital Status ☒ Married ☐ Single ☐ Widowed ☐ Divorced |
| 7. Other Names Used (including maiden name) N/A | 7. Other Names Used (including maiden name) N/A |
| 8. Date and Place of Present Marriage (if married) 03/24/2004    San Francisco, CA | 8. Date and Place of Present Marriage (if married) 03/24/2004    San Francisco, CA |
| 9. Social Security Number (if any) 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   10. Alien Registration Number A92785385 | 9. Social Security Number (if any) 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   10. Alien Registration Number N/A |
| 11. Name(s) of Prior Husband(s)/Wive(s) N/A   12. Date(s) Marriage(s) Ended | 11. Name(s) of Prior Husband(s)/Wive(s) N/A   12. Date(s) Marriage(s) Ended |

| B (continued) | C (continued) |
|---|---|
| 13. If you are a U.S. citizen, complete the following: My citizenship was acquired through (check one): ☐ Birth in the U.S. ☒ Naturalization. Give certificate number and date and place of issuance. 22639709    09/09/1996  LA ☐ Parents. Have you obtained a certificate of citizenship in your own name? ☐ Yes. Give certificate number, date and place of issuance. ☐ No | 13. Has your relative ever been in the U.S.? ☒ Yes ☐ No |
| | 14. If your relative is currently in the U.S., complete the following: He or she arrived as a: Student, 現 F-1 (visitor, student, stowaway, without inspection, etc.) Arrival/Departure Record (I-94) 1 5 9 2 0 0 0 4 2 0 2   Date arrived (Month/Day/Year) 06/18/1998 Date authorized stay expired, or will expire, as shown on Form I-94 or I-95 9/22/2005 |
| 14a. If you are a lawful permanent resident alien, complete the following: Date and place of admission for, or adjustment to, lawful permanent residence and class of admission. | 15. Name and address of present employer (if any) Multilingual Counseling 1100 Sanchez St, SF CA 94114 Date this employment began (Month/Day/Year) 1/17/2003 |
| 14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident? ☐ Yes ☒ No | 16. Has your relative ever been under immigration proceedings? ☒ No ☐ Yes  Where _____  When _____ ☐ Removal ☐ Exclusion/Deportation ☐ Recission ☐ Judicial Proceedings |

| INITIAL RECEIPT | RESUBMITTED | RELOCATED: Rec'd | Sent | COMPLETED: Appv'd | Denied | Ret'd |
|---|---|---|---|---|---|---|

Form I-130 (Rev. 06/05/02) Y

## C. Information about your alien relative  (continued)

**17.** List husband/wife and all children of your relative.

(Name)                    (Relationship)          (Date of Birth)       (Country of Birth)

N/A

**18.** Address in the United States where your relative intends to live.

(Street Address)                              (Town or City)                        (State)

586 Clarinada Ave Apt #19        Daly City            California

**19.** Your relative's address abroad.  (Include street, city, province and country)

N/A                                                            Phone Number (if any)

**20.** If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet.

(Name)                    Address (Include street, city, province and country):

                                                                جمال بلیق

**21.** If filing for your husband/wife, give last address at which you lived together.  (Include street, city, province, if any, and country):

586 Clarinada Ave Apt #19, Daly City, California      From:  (Month) (Year)    To:  (Month) (Year)

                                                                              present

**22.** Complete the information below if your relative is in the United States and will apply for adjustment of status

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the office of the Immigration and Naturalization Service in   San Francisco, California   . If your relative is not eligible for adjustment of status, he or she

(City)                (State)

will apply for a visa abroad at the American consular post in  _____

(City)                              (Country)

NOTE: Designation of an American embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post.  Acceptance is at the discretion of the designated embassy or consulate.

## D. Other information

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.

2. Have you ever filed a petition for this or any other alien before?  ☐ Yes  ☒ No

If "Yes," give name, place and date of filing and result.

**WARNING:**  INS investigates claimed relationships and verifies the validity of documents.  INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**PENALTIES:**  By law, you may be imprisoned for not more than five years or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws.  In addition, you may be fined up to $10,000 and imprisoned for up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**YOUR CERTIFICATION:**  I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

## E. Signature of petitioner.

_Rahim Bina_                Date  8-29-04      Phone Number  415-378-1857

## F. Signature of person preparing this form, if other than the petitioner.

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name  Azadeh Yamini-Hamedani   Signature  _Azadeh Yamini-Hamedani_   Date 07/20/2004

Address  2410 Dwight Way #9, Berkeley, CA    G-28 ID or VOLAG Number, if any.

Form I-130 (Rev. 06/05/02) Y Page 2

OMB No. 1115-0053

U.S. Department of Justice
Immigration and Naturalization Service

**Form I-485, Application to Register
Permanent Resident or Adjust Status**

---

**START HERE - Please Type or Print**

| | FOR INS USE ONLY |
|---|---|

**Part 1.    Information About You.**

Family Name: **AMINI**    Given Name: **Farzaneh**    Middle Initial: **N/A**

Address - C/O: **586 Clarinada Ave    #19**

Street Number and Name:    Apt. #

City: **Daly City**

State: **California**    Zip Code: **94015**

Date of Birth (month/day/year): **07/28/1961**    Country of Birth: **Iran**

Social Security #: **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**    A # (if any): **N/A**

Date of Last Arrival (month/day/year): **06/18/1998**    I-94 #: **592004200**

Current INS Status: **H-1**    Expires on (month/day/year): **9/22/2005**

| FOR INS USE ONLY | |
|---|---|
| Returned | Receipt |
| Resubmitted | |
| Reloc Sent | |
| Reloc Rec'd | |
| Applicant Interviewed | |

**Part 2.    Application Type.** *(check one)*

I am applying for an adjustment to permanent resident status because:

a. ☒ an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice-- or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). [Attach a copy of the fiance(e) petition approval notice and the marriage certificate.]

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

f. ☐ I am the husband, wife or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least one year.

g. ☐ I have continuously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility. Explain. (If additional space is needed, use a separate piece of paper.)

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 2 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**
Approved Visa Petition
Dependent of Principal Alien
Special Immigrant
Other

**Preference**

**Action Block**

**To be Completed by**
*Attorney or Representative,* if any
☐ Fill in box if G-28 is attached to represent the applicant.
VOLAG #

ATTY State License #

---

*Continued on back*

Form I-485 (Rev. 02/07/00)N Page 1

# Part 3. Processing Information.

**A.** City/Town/Village of Birth *Tehran, Iran*

Current Occupation *Psychologist*

Your Mother's First Name *Ehtram*

Your Father's First Name *Ali*

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94)

*Amini Farzaneh*

Place of Last Entry Into the U.S. (City/State)

*San Francisco, California*

In what status did you last enter? *(Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.)*

*Student*

Were you inspected by a U.S. Immigration Officer? ☐ Yes ☒ No

Nonimmigrant Visa Number *1998163 59 800 30*

Consulate Where Visa Was Issued *Rome, Italy*

Date Visa Was Issued (month/day/year) *6/12/98*

Sex: ☐ Male ☒ Female

Marital Status ☒ Married ☐ Single ☐ Divorced ☐ Widowed

Have you ever before applied for permanent resident status in the U.S.? ☒ No ☐ Yes  If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife and all your sons and daughters. (If you have none, write "none."  If additional space is needed, use a separate piece of paper.)

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| *KAZEMI* | *Rahim* | *N/A* | *03/22/1950* |
| Country of Birth *Iran* | Relationship *husband* | A # *92785385* | Applying with You? ☐ Yes ☒ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of Birth | Relationship | A # | Applying with You? ☐ Yes ☐ No |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday.  Include any foreign military service in this part.  If none, write "none."  Include the name(s) of the organization(s), location(s), dates of membership from and to, and the nature of the organization (s).  If additional space is needed, use a separate piece of paper.

*none*

## Part 3.   Processing Information. *(Continued)*

Please answer the following questions. (If your answer is "Yes" to any one of these questions, explain on a separate piece of paper.  Answering "Yes" does not necessarily mean that you are not entitled to adjust your status or register for permanent residence.)

1. Have you ever, in or outside the U. S.:

    a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?      ☐ Yes  ☒ No

    b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?      ☐ Yes  ☒ No

    c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?      ☐ Yes  ☒ No

    d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S.?      ☐ Yes  ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?      ☐ Yes  ☒ No

3. Have you ever:

    a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?      ☐ Yes  ☒ No

    b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?      ☐ Yes  ☒ No

    c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?      ☐ Yes  ☒ No

    d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?      ☐ Yes  ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity?      ☐ Yes  ☒ No

5. Do you intend to engage in the U.S. in:

    a. espionage?      ☐ Yes  ☒ No

    b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means?      ☐ Yes  ☒ No

    c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?      ☐ Yes  ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?      ☐ Yes  ☒ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?      ☐ Yes  ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion?      ☐ Yes  ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?      ☐ Yes  ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fradulent documents  or  have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa,  other documentation,  entry into the U.S. or any immigration  benefit?      ☐ Yes  ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?      ☐ Yes  ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and not yet complied with that requirement or obtained a waiver?      ☐ Yes  ☒ No

13. Are you now withholding custody of a U.S. citizen child outside the U.S. from a person granted custody of the child?      ☐ Yes  ☒ No

14. Do you plan to practice polygamy in the U.S.?      ☐ Yes  ☒ No

**Part 4.    Signature.**    *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration. The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** I understand that my filing this adjustment of status application with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, current address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| Farzaneh Amini | Farzaneh Amini | 8/29/04 | 415-216-9254 |

**Please Note:**    If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this application may be denied.

**Part 5.    Signature of Person Preparing Form, If Other Than Above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| Azadeh Yamini-Hamedani | Azadeh Yamini-Hamedani | 7/20/2004 | 510-205-8570 |

Firm Name and Address    N/A

**FARZANEH AMINI**
**RAHIM KAZEMI**
260 VICENTE ST.
SAN FRANCISCO, CA  94127-1331

90-7162/3222
0940359179

108

DATE 8/29/04

PAY TO THE
ORDER OF *Immigration and naturalization service* $ 385—

*Three hundred and eighty five* DOLLARS

**Washington Mutual**
Washington Mutual Bank, FA
San Francisco-West Portal Financial Center 1512
98 W. Portal Ave.                    1-800-788-7000
San Francisco, CA 94127        24 hour Customer Service

NOTES *Form I-485*                        *Farzaneh Amini*                    MP

⑆3222716271⑆ 0940359179⑈ 0108

---

**FARZANEH AMINI**
**RAHIM KAZEMI**
260 VICENTE ST.
SAN FRANCISCO, CA  94127-1331

90-7162/3222
0940359179

107

DATE 7/29/04

PAY TO THE
ORDER OF *Immigration and naturalization service* $ 185—

*one hundred and eighty five* DOLLARS

**Washington Mutual**
Washington Mutual Bank, FA
San Francisco-West Portal Financial Center 1512
98 W. Portal Ave.                    1-800-788-7000
San Francisco, CA 94127        24 hour Customer Service

NOTES *Form I-130*                        *Farzaneh Amini*                    MP

⑆3222716271⑆ 0940359179⑈ 0107

---

**FARZANEH AMINI**
**RAHIM KAZEMI**
260 VICENTE ST.
SAN FRANCISCO, CA  94127-1331

90-7162/3222
0940359179

106

DATE 8/29/04

PAY TO THE
ORDER OF *Immigration and naturalization service* $ 175—

*one hundred and seventy five* DOLLARS

**Washington Mutual**
Washington Mutual Bank, FA
San Francisco-West Portal Financial Center 1512
98 W. Portal Ave.                    1-800-788-7000
San Francisco, CA 94127        24 hour Customer Service

NOTES *Form I-765*                        *Farzaneh Amini*                    MP

⑆3222716271⑆ 0940359179⑈ 0106

EXHIBIT B



Home   Contact Us   Site Map   FAQ

Search 
Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

Print This Page    Back

# U.S. Citizenship and Immigration Services
# San Francisco CA Processing Dates
# Posted October 15, 2007

**Notice**:  U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

### What if I have a problem or have questions about a case?

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Francisco CA** Posted October 15, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | June 06, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | June 06, 2007 |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | 7 Months |
| N-600 | Application for Certification of Citizenship | June 24, 2007 |

Print This Page     Back

**11-08-2007 02:56 PM EST**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

**EXHIBIT** C

EXHIBIT




[ Print This Page ]   [ Back ]

## U.S. Citizenship and Immigration Services
## California Service Center Processing Dates
## Posted October 15, 2007

**Notice**:  U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications.  In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received.  However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time.  It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed.  It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting.  Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file.  For example, for most kinds of cases you can <u>check the status of your case online</u>.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

<u>Case Services - How do I… know what kind of services are available to me after I file my application or petition?</u>

One additional point about these projections.  They are the time to complete processing and mail the actual notice and/or document.  If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us.  That is because it may take that long before it is returned to us as undeliverable.  You can also print the case status online answer for your records.

Service Center Processing Dates for **California Service Center** Posted October 15, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|---|---|---|---|
| **I-90** | Application to Replace Permanent Resident Card | Initial issuance or replacement | July 20, 2006 |
| **I-102** | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3 Months |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 15 Days |
| **I-129** | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 30 Days |
| **I-129** | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | E - Treaty traders and investors | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | L - Intracompany transfers | 30 Days |
| **I-129** | Petition for A Nonimmigrant Worker | Blanket L | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | O - Extraordinary ability | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | R - Religious occupation | 2 Months |
| **I-129** | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | 2 Months |
| **I-129F** | Petition for Alien Fiance(e) | K-1/K-2 - Not yet married - fiance and/or dependent child | April 12, 2007 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a spouse, parent, or child under 21 | 6 Months |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for an unmarried son or daughter over 21 | January 17, 2003 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a married son or daughter over 21 | April 30, 2001 |
| **I-130** | Petition for Alien Relative | U.S. citizen filing for a brother or sister | April 30, 2001 |
| **I-130** | Petition for Alien Relative | Permanent resident filling for a spouse or child under 21 | January 01, 2005 |

EXHIBIT

EXHIBIT

**Citi     ship and Immigration Ser     es**
630 Sansome Street
San Francisco, CA 94111

# NOTICE OF RECEIPT

DATE: NOVEMBER 5, 2004

A No: 98-256-518/COA: CR6

NAME:      AMINI, FARZANEH

ADDRESS:   586 CLARINADA AVENUE, APT. 19
           DALY CITY, CA 94015

XX    Your **Form I-485 Application for Adjustment of Status** has been received, but **cannot be accepted for processing** due to the fact that **initial evidence** required for processing was not included with your application. Please refer to the enclosed Form I-72 Request for Initial Evidence.

☐    Your **Form I-485 Application for Adjustment of Status** has been received and accepted. Your interview appointment notice is enclosed herewith. If you also applied for employment authorization and/or advance parole, notices for appearing to receive these benefits, if approved, are also enclosed.

Please carefully review all of the other material enclosed. It may include requests for evidence and documentation you must bring with you to your interview on the date assigned. **Failure to bring all requested evidence and documents to your adjustment of status interview could result in immediate denial of your adjustment application. Do not mail documents to this office unless advised to do so.**

**NOTICE: You must not depart the United States without written permission from the Service while your application is pending. If you depart without permission your application will be denied.** You may apply for advance parole to re-enter the United States to continue processing your application.

ADVISORY: If after April 1, 1997, you were unlawfully present in the United States for more than 180 days before filing for adjustment of status, you may be found inadmissible under Section 212(a)(9)(B)(I) of the Act when returning to the United States. If you are found inadmissible, you will need to qualify for a waiver of inadmissibility before your adjustment of status can be approved.

**For: David N. Still, District Director**

DM Form 1 (11/07/02) other editions are obsolete and may no longer be used

**Citizenship and Immigration Services**
*C.I.S. I-485*
*P.O. Box 194210*                                    **REQUEST FOR INITIAL EVIDENCE**
*San Francisco, CA 94119-4210*                          I-485 Adjustment of Status Application

### PLEASE ATTACH A COPY OF THIS NOTICE WITH ANY CORRESPONDENCE

| | | | |
|---|---|---|---|
| **Applicant's Name:** | Amini, Farzaneh | **Date:** | November 5, 2004 |
| **Alien Number:** | 98-256-518 | **Officer:** | **#1035** |
| **Cc:** | | | |

*Please mail the document(s)/ information requested to the above address within 90 days.*
*Your application/petition cannot be processed until you submit the document(s) or information requested below. Pursuant to 8 CFR 103.2(b)(8) you have 90 days from the date of this notice to comply.* FAILURE TO COMPLY WITH THIS REQUEST WILL BE GROUNDS FOR DENIAL OF YOUR APPLICATION FOR LACK OF PROSECUTION. *Documents containing language other than English must be submitted with a full English translation.*

---

### INITIAL EVIDENCE MISSING:

- **X** Copy of an original language, registered, foreign birth certificate from Ms. Amini
- ☐ Copy of a valid passport page with photo and biographic data from
- ☐ Immigration specified color photos from
- ☐ Certified Police Clearances, if required by classification
- **X** Evidence of Status from Ms. Amini (copies of all I-20's issued; copies of all I-539 "Application to Extend/ Change Nonimmigrant Status" Approval Notices).
- ☐ Form G-325A from
- ☐ Form I-864 Affidavit of Support (notarized) from
- ☐ Employment letter (on business stationery) to include **salary**, starting date and position held from
- **X** Evidence of eligibility from Ms. Amini (see below)
- ☐ Form I-693 Medical Examination & Supplemental Form for Immunizations from

NOTE:  Your application(s) for Employment Authorization and/or Advance Parole will **NOT BE APPROVED** until the documentation listed and checked above is received.

### OTHER EVIDENCE MISSING:

- ☐ Form I-130 OR Form I-129F Approval Notice from
- ☐ Federal Tax Returns and W-2's from
- ☐ Copy of Naturalization Certificate OR **valid** U.S. passport OR U.S. registered birth certificate from
- **X** English translation of registered foreign birth certificate from Ms. Amini, if necessary
- ☐ Non-Availability of original language, registered, foreign birth certificate certified by civil authorities from.
- ☐ Copy of certified, registered marriage certificate between
- ☐ Copy of registered, court-issued FINAL divorce decrees from
- ☐ Copy of the registered death certificate of
- ☐ Two separate, notarized affidavits regarding your birth from
- ☐ Proof of marital union (rental agreement, deeds, insurance policies, utility bills, bank/credit statements, tax returns, and any other evidence to prove bona fide marriage)
- ☐ Other:

EXHIBIT E

U.S. Department of Homeland Security
*630 Sansome Street*
*San Francisco, CA 94111*



U.S. Citizenship
and Immigration
Services

# Notice of Receipt

|  |  |  |  |
|---|---|---|---|
| Date: | 12/2/2004 |  |  |
| A No: | 98-256-518 | / COA: | CR6 |

Name:     AMINI, FARZANEH

Address:   586 CLARINADA AVENUE #19

          DALY CITY, CA 94015

Your Form I-485 Application for Adjustment of Status has been received and accepted. Your interview appointment notice will be mailed to you separately. If you also applied for employment authorization and/or advance parole, notices for appearing to receive these benefits, if approved, are also enclosed.

**Please carefully review all of the other material enclosed. It may include requests for evidence and documentation you must bring with you to your interview on the date assigned. Failure to bring all requested evidence and documents to your adjustment of status interview could result in immediate denial of your adjustment application. DO NOT mail documents to this office unless advised to do so.**

**NOTICE: You must not depart the United States without written permission from the Service while your application is pending. If you depart without permission your application will be denied. You may apply for advance parole to re-enter the United States to continue processing your application.**

ADVISORY: If after April 1, 1997, you were unlawfully present in the United States for more than 180 days before filing for adjustment of status, you may be found inadmissible under Section 212(a)(9)(B)(I) of the Act when returning to the United States. If you are found inadmissible, you will need to qualify for a waiver of inadmissibility before your adjustment of status can be approved.

CHANGE OF ADDRESS: The change of address form included with this receipt is for your use to notify this office of any change of address. Please retain a copy for your records. Failure to notify this office in a timely manner of any change of address may result in denial of your applications for adjustment of status and employment authorization (EAD).

**For: David N. Still, District Director**                    **www.uscis.gov**

DM Form 1 (12/04/03) other editions are obsolete and may no longer be used

EXHIBIT F

**U.S. Citizenship and Immig___ ion Services**

San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

# <u>*EAD / Advance Parole Pick-Up Notice*</u>

Name:  AMINI, FARZANEH          A No:  98-256-518

Date  time: Any  **_THURSDAY_**  *after* <u>**12/8/2004**</u> , between <u>7:30am to 8:45am</u>

All applicants should enter at 444 Washington Street. An InfoPass appointment
is NOT required.  GO TO THE RECEPTIONIST. After receiving a ticket, proceed to
ROOM 160 on the 1st Floor.  Place this slip in the tray and be seated.  You
will be called by name.  If you are receiving both benefits checked below, you
should COME ON THE SAME DAY to pick up the employment authorization document
and advance parole.

☑ This office has received the Form I-765 Application for Employment Authorization (EAD)
   you filed in conjunction with your Form I-485 Application for Adjustment of Status. All
   employment authorization applicants must appear at the USCIS office in person
   regardless of age to receive an EAD. All applicants must present a copy of the I-485
   application receipt notice, fee receipt, and a valid/unexpired identity document, such as a
   passport or other U.S. Government issued photo identification.

☐ This office has received the Form I-131 Application for Travel Document (Advance Parole)
   you filed in conjunction with your Form I-485 Application for Adjustment of Status.
   Applicants must appear at the USCIS office in person regardless of age to receive an
   Advance Parole Letter. All applicants must present a copy of the I-485 application receipt
   notice, fee receipt, and a valid/unexpired identity document, such as a passport or other
   U.S. Government issued photo identification.

WARNING: Any alien unlawfully present in the U.S. for a total of 180 days or
more after April 1, 1997 seeking admission after advance parole authorization,
may be found to be inadmissible if the alien has not been outside of the U.S.
for at least 3 years prior to application for admissin/adjustment (or, if
unlawfully present for a total of 1 year or more, the alien may be
inadmissible if the alien has not remained outside the U.S. for a period of 10
years).

<u>**Please make arrangements for pick-up within 45 days, or your application will be DENIED.**</u>

**EXHIBIT** G

Bureau of Citizenship and Immigration Services
*USBCIS*
*630 Sansome Street*                              **REQUEST FOR EVIDENCE**
*San Francisco, CA 94111*

*Adjustment of Status Application*

## DO NOT MAIL DOCUMENTS TO THIS OFFICE UNLESS ADVISED TO DO SO

Applicant's Name:  AMINI, FARZANEH          Date: _____
Alien Number: _____              Officer: _DEC 1 2001_
                                                    **DM**

DOCUMENTS AND OTHER EVIDENCE REQUIRED AT THE TIME OF YOUR ADJUSTMENT OF STATUS INTERVIEW ARE LISTED BELOW.  PLEASE BRING TO YOUR INTERVIEW ORIGINALS AND/OR COPIES OF ALL DOCUMENTS YOU SUBMITTED WITH YOUR APPLICATION.  NOTE ! :  CHECK THIS LIST CAREFULLY AND BE SURE TO BRING WITH YOU TO YOUR INTERVIEW ANY DOCUMENTS LISTED THAT WERE NOT INCLUDED WITH YOUR ORIGINAL APPLICATION.

**IMPORTANT:** FAILURE TO BRING THE MATERIAL LISTED BELOW TO YOUR SCHEDULED INTERVIEW MAY RESULT IN DENIAL OF YOUR APPLICATION DUE TO LACK OF PROSECUTION.

| | **REQUIRED DOCUMENTATION AND EVIDENCE** |
|---|---|
| ☒ | Copies of registered birth, death, divorce, and marriage certificates to support claimed relationships (mother, father, son, daughter, brother, sister, husband, wife, and ex-spouse) as applicable. |
| ☒ | Two (2) affidavits attesting to the birth or death of persons for whom registered certification is not available. |
| ☒ | A Non-Availability of Document statement certified by civil authorities for any unavailable documents. |
| ☒ | For marriage cases, evidence of marital union (rental agreement, deeds, insurance policies, utility bills, bank/credit statements, tax returns, and any other evidence to prove bona fide marriage) |
| ☒ | English translation of any/all foreign documents |
| ☒ | Copy of passport pages with photo and personal data, and evidence of legal entry, such as I-94, non-immigrant visa, and/or entry stamp, for all applicants. |
| ☒ | Immigration specified color photos for all applicants |
| ☒ | Certified copies of Final Disposition of Arrests and Police Clearances, if required by classification |
| ☒ | Forms G-325A for all applicants and petitioner. |
| ☒ | Form I-864 Affidavit of Support on behalf of all applicants. (I-864 must be notarized) |
| ☒ | Employment letter with company letter head (business stationary) showing salary, starting date and position held for any sponsor and/or co-sponsor completing form(s) I-864. |
| ☒ | Federal Income Tax Returns AND Forms W-2 for sponsor(s) completing Form I-864 |
| ☒ | Form I-693 Medical Examination & Supplemental Form for Immunizations |
| ☒ | Copy of Naturalization Certificate or U.S. passport or U.S. Birth Certificate for petitioners and joint sponsors. |
| ☒ | A statement from an officer of the bank or other financial institution in which you have deposits, including current balance and deposit and withdrawal history for the last 12 months. |
| ☐ | |

For David N. Still
District Director, CIS

SFR DM – 1 (09-16-03)

EXHIBIT H



**U.S. Citizenship and Immigration Services**

U.S. Department of Homeland Security

San Francisco District Office

630 Sansome Street

San Francisco, CA 94111

AMINI, FARZANEH

586 CLARINADA AVENUE #19

DALY CITY, CA 94015

A No:  98-256-518    (E11/I485)

Date:  12/2/2004

COA:  CR6

This is in reference to your Application to Adjust your Status in the United States.  You have been scheduled to be fingerprinted at the APPLICATION SUPPORT CENTER indicated below ONLY on the following date:

## 12/16/2004

NOTE: If you do not have your fingerprints taken, your adjustment of status application may be considered abandoned and denied pursuant to 8 CFR § 103.2(b)(13).  IMPORTANT: If you are unable to appear on your appointment date, you should write to the ASC directly to request rescheduling.

☐ **SANTA ROSA**

1401 Guerneville Road, Suite 100
Santa Rosa, CA 95403
Hours:  Tuesday through Saturday
8am to 4pm
Closed Sunday/Monday

☐ **OAKLAND**

2040 Telegraph Avenue
Oakland, CA 94612
(Near 19th Street Bart Station)
Hours:  Tuesday through Saturday
8am to 4pm
Closed Sunday/Monday

☑ **SAN FRANCISCO**

250 Broadway Street
San Francisco, CA 94111
Hours:  Tuesday through Saturday
8am to 4pm
Closed Sunday/Monday

☐ **MODESTO**

901 N. Carpenter Road, Suite 14
Modesto, CA 95351
"Crossroads Shopping Center"
Hours:  Tuesday through Saturday
8am to 4pm
Closed Sunday/Monday

☐ **SACRAMENTO**

731 K Street, Suite 100
Sacramento, CA 95814
Hours:  Tuesday through Saturday
8am to 4pm
Closed Sunday/Monday

When you go to have your fingerprints taken, you must bring: 1) THIS NOTICE; and 2) Photo Identification such as a passport, valid driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

(REVISED 12/4/03) G:FPREF1.doc

EXHIBIT

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**
**630 SANSOME STREET**
**SAN FRANCISCO, CALIFORNIA 94111**

FARZANEH AMINI
260 VICENTE ST.
SAN FRANCISCO, CA 94127

FILE NUMBER: A  98 256 518
DATE:   01/05/2006

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:          630 SANSOME STREET, ROOM 255
                          SAN FRANCISCO, CA 94111

DATE AND TIME:            02/03/2006
                          08 : 30 AM

OFFICER:                  B18 BOCK
                          GD3

REASON FOR APPOINTMENT:   APPLICATION FOR ADJUSTMENT OF STATUS

**THIS INTERVIEW WILL BE VIDEO TAPED.**

<u>**PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.**</u>

[X]  Thisletter, all passports, your I-94 arrival/departure form, if any, and
     INS approval notices and INS issued documents.

[X]  Current photo I.D and proof of petitioners U.S.Citizenship /Lawful
     Resident status. PETITIONERS MUST APPEAR IN SPOUSAL CASES.

[X]  A Current letter of employment for both spouses showing rate of pay and
     hours per week.

[X]  The three (3) most current Federal 1040 Tax Returns and W-2's.

[X]  Evidence supporting bona fides of the marital relationship, e.g. photos,
     bank stmts., leases, insurance policies, other.

[X]  Certified, complete court records for any arrests. Original
     birth/marriage/divorce certificates for you, spouse, children.

[X]  If you do not wish to surrender originals, bring legible photo copies.

---

DUE TO SECURITY PROCEDURES, PLEASE ARRIVE 30 MINUTES EARLY with a valid
PASSPORT, STATE I.D., OR INS ISSUED VALID EAD OR PERMANENT RESIDENT CARD.
Failure to appear or to bring requested documents may result in delay or denial
of your application. If you do not appear on time you may rescheduled.

If you do not speak English, you must bring a disinterested 3rd party to
interpret, with valid ID (Not attorney or petitioner)

*PC10*

EXHIBIT J

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship and Immigration Services**

FARZANEH AMINI                    A 98 256 518                         E-11(V DESK)

☐ **HAND-DELIVERED to applicant**                    2/3/2005

**THIS LETTER IS IN REFERENCE TO YOUR APPLICATION FOR PERMANENT RESIDENCE.
YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.**
☐ **Visa Availability**    ☐ **Fingerprints**    ☒ **Security Clearance(s)**    ☐ **A-file(s)**    ☐ **Further Review**
☐ **Documentation (listed below)**    ☐ **Other:**

**IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:**

• Provide the I -94 card you were issued when you entered the United States.

YOU ARE ADVISED THAT YOU ARE GRANTED A PERIOD OF **NINETY (90)** DAYS FROM THE DATE
OF THIS LETTER TO SUBMIT THE REQUESTED DOCUMENTS.

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR **DENIAL** OF YOUR
APPLICATION FOR LACK OF PROSECUTION.

**PLEASE SEND REQUESTED DOCUMENTS
WITH A COPY OF THIS LETTER TO:**

Sincerely,

Citizenship and Immigration Service
630 Sansome Street, Room 300
San Francisco, CA  94111

David N. Still
District Director

ATTN:  E11 /

cc:

www.dhs.gov

EXHIBIT K