Dear Sir,                                                    2/11/05

I Farzaneh Amini would like to request an I-94 duplicate. I need to send it to U.S. immigration for my permanent residence status. I am sending you copies of my old passport, I-94, and the letter from immigration. I appreciate your help.

Thanks

Farzaneh Amini

OMB No. 1615-0079; Expires 06/30/07

U.S. Department of Homeland Security
Bureau of Citizenship and Immigration Services

# I-102, Application for Replacement/Initial
## Nonimmigrant Arrival - Departure Document

**START HERE - Please type or print in black ink.**

**FOR CIS USE ONLY**

## Part 1.    Information about you.

| Family Name | Given Name | Middle Name |
|---|---|---|
| Amini | Farzaneh | N/A |

**Address - In care of -**

260 Vicente st.

| Street Number and Name | Apt./Suite # |
|---|---|
| | N/A |

| City | State |
|---|---|
| S.F | CA |

| Zip/Postal Code | Country | Date of Birth (mm/dd/yyyy) |
|---|---|---|
| 94127 | USA | 7/28/61 |

| Country of Birth | Country of Citizenship |
|---|---|
| Tehran - IRAN | IRAN |

| A # (if any) | U.S. Social Security # (if any) |
|---|---|
| A 98256518 | 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 |

| Date of Last Admission (mm/dd/yyyy) | Current Nonimmigrant Status |
|---|---|
| 6/18/98 | H-1 |

| Status Expires on (mm/dd/yyyy) | I-94, I-94W or I-95 Arrival/Departure Document # |
|---|---|
| 9/22/05 | 592000 42002 |

**FOR CIS USE ONLY**

| Returned | Receipt |
|---|---|
| Date | |
| Date | |
| Resubmitted | |
| Date | |
| Date | |
| Reloc Sent | |
| Date | |
| Date | |
| Reloc Rec'd | |
| Date | |
| Date | |
| ☐ Applicant Interviewed on __ | |

New I-94 #

Remarks

Action Block

## Part 2.    Reason for application.

Check the box that best describes your reason for requesting a replacement document. *(Check one box.)*

a. ☒ I am applying to replace my lost or stolen Form I-94 (or I-94W).

b. ☐ I am applying to replace my lost or stolen Form I-95.

c. ☐ I am applying to replace Form I-94 (or I-94W) because it is mutilated. I have attached my original I-94 (or I-94W).

d. ☐ I am applying to replace Form I-95 because it is mutilated. I have attached my original I-95.

e. ☐ I was not issued a Form I-94 when I entered as a nonimmigrant, and I am filing this application together with an application for an extension of stay/change of status.

f. ☐ I was issued a Form I-94, I-94W or Form I-95 with incorrect information, and I am requesting the CIS to correct the document.

g. ☐ I was not issued a Form I-94 when I entered as a nonimmigrant member of the military and I am filing this application for an initial Form I-94.

**To Be Completed by**
*Attorney or Representative,* if any.
☐ Fill in box if G-28 is attached to represent the applicant.

ATTY State License #

**Part 3.    Processing information.**

1.  Are you filing this application with any other petition or application?

    ☒ No          ☐ Yes - Form #

2.  Are you now in removal proceedings?

    ☒ No

    ☐ Yes (Give detailed information regarding the proceedings.  If you need more space to complete the answer, use a separate sheet(s) of paper.  Write your name and A #, if any, and "Part 3, Number 2" at the top of each sheet.)

3.  If you are unable to provide the original of your Form I-94, I-94W or I-95, give the following information:

    Your name exactly as it appears on Form I-94, I-94W or I-95, if known *(print clearly)*

    Farzaneh Amini

    | Class of Admission: | Place of Admission: |
    |---|---|
    | F-1 | US San Francisco |

**Part 4.    Signature.**  *Read the information on penalties in the instructions before completing this section.  You must file this application while in the United States.*

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct.  I authorize the release of any information from my records that the Bureau of Citizenship and Immigration Services needs to determine eligibility for the benefit I am seeking.

| Signature | Daytime Telephone Number *(with area code)* | Date *(mm/dd/yyyy)* |
|---|---|---|
| Farzaneh Amini | 415-216-9254 | 2/11/05 |

**Part 5.    Signature of person preparing form, if other than above.**    *(Sign below.)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print or Type Your Name |
|---|---|
|  |  |

| Firm Name | Firm Address *(Street Number and Name or P.O. Box)* |
|---|---|
|  |  |

| Daytime Telephone Number *(with area code)* | Fax Number *(if any)* | Date *(mm/dd/yyyy)* |
|---|---|---|
|  |  |  |

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>WAC-05-093-52298 | **CASE TYPE** I102 APPLICATION FOR<br>INITIAL/REPLACEMENT I-94 ARRIVAL |
| **RECEIVED DATE**<br>February 14, 2005 | **PRIORITY DATE** | **APPLICANT** A98 256 518<br>AMINI, FARZANCH |
| **NOTICE DATE**<br>February 15, 2005 | **PAGE**<br>1 of 1 | |

FARZANCH AMINI
260 VICENTE ST
SAN FRANCISCO CA 94127

**Notice Type:** Receipt Notice

**Amount received: $ 155.00**

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to **www.state.gov/travel** <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**



**U.S. Department of Homeland Security**
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Date: April 14, 2005

WAC Receipt Number:
05 093 52298

Farzanch Amini
260 Vicente St
San Francisco  CA  94127

**The following is provided in response to your inquiry sent to the California Service Center:**

■   Pending-Your I-102 application is currently pending. We are currently processing applications
    receipted on January 16, 2005. Your case was received on February 15, 2005. You will be
    notified by mail when a decision has been made.

**NOTE:** The district offices are no longer seeing customers unless they have an appointment. Please visit
our website at: http:www.Infopass.USCIS.gov to make an appointment with the district office.

Please call the National Customer Service Center toll free number (800) 375-5283 or visit our website at:
http://www.USCIS.GOV for additional information.  Thank you.

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-05-093-52298 | CASE TYPE I102  APPLICATION FOR INITIAL/REPLACEMENT I-94 ARRIVAL | | |
| RECEIPT DATE February 15, 2005 | PRIORITY DATE | APPLICANT A98 256 518 AMINI, FARZANEH | |
| NOTICE DATE April 20, 2005 | PAGE 1 of 1 | | |

FARZANEH AMINI
260 VICENTE ST
SAN FRANCISCO CA 94127

Notice Type: Approval Notice
Class: F1
Valid from 06/18/1998
Valid for Duration of Status

The above application has been approved. The replacement Form I-94 or I-95 is attached at the bottom of this notice.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**
Form I797A (Rev. 09/07/93)N

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # WAC-05-093-52298
I-94# 592000420 02
NAME AMINI, FARZANEH
CLASS F1

VALID FROM 06/18/1998
        Valid for Duration of Status
PETITIONER: AMINI, FARZANEH
            260 VICENTE ST
            SAN FRANCISCO CA 94127

**592000420 02**

Receipt Number WAC-05-093-52298
Immigration and
Naturalization Service
I-94
Departure Record        Petitioner:

| 14. Family Name AMINI | |
| 15. First (Given) Name FARZANEH | 16. Date of Birth 07/28/1961 |
| 17. Country of Citizenship IRAN | |

**EXHIBIT** L

BIOMETRICS PROCESSING STAMP

ASC SITE CODE: ~~XID~~

BIOMETRICS QA REVIEW BY:

_____ ON _____

TENPRINTS QA REVIEW BY:

_____ ON  MAR 1 0 2006

U. Department of Homeland Security
San Francisco, CA 94111



## U.S. Citizenship and Immigration Services

**Farzaneh Amini**
260 Vicente Street
San Francisco, CA  94127

File No. A 98 256 518
Date: March 3, 2006
I-485

This is in reference to your Application to Adjust your Status in the United States.  You have been scheduled to be fingerprinted at the INS APPLICATION SUPPORT CENTER.    03/10/06

**NOTE:**   If you do not have your finger prints taken, your adjustment of status application may be considered abandoned and denied pursuant to 8 CFR § 103.2(b)(13). **IMPORTANT:  If you are unable to appear on your appointment date, you should write to the ASC directly to request rescheduling.**

☐ **SANTA ROSA**
1401 Guerneville Rd., Suite. 100
Santa Rosa, CA  95403
Hours:    Tuesday through Saturday
8am to 3:30pm

☐ **OAKLAND**
2040 Telegraph Avenue
Oakland, CA  94612
(Near 19th Street Bart Station)
Hours:    Tuesday through Saturday
8am to 3:30pm

☒ **SAN FRANCISCO**
250 Broadway Street
San Francisco, CA  94111
Hours:    Tuesday through Saturday
8:00am to 3:30pm

☐ **MODESTO**
901 N. Carpenter Rd., Suite. 14
Modesto, CA  95351
Hours:    Tuesday through Saturday
8am to 3:30pm

☐ **FRESNO**
4893 East Kings Canyon
Fresno, CA  93727
Hours:    Tuesday through Saturday
8:00am to 3:30pm

☐ **SACRAMENTO**
731 "K" Street, Room 100
Sacramento, CA  95816
Hours:    Tuesday through Saturday
8am to 3:30pm

☐ **SAN JOSE**
122 Charcott Avenue
San Jose, CA  95131
Hours:    Tuesday through Saturday
8:00am to 3:30pm

☐ **SALINAS**
1954 North Main Street (Santa Rita Plaza)
Salinas, CA  93906
Hours:    Tuesday through Saturday
8am to 3:30pm

When you go to have your fingerprints taken, you must bring: 1)  THIS NOTICE; and 2) Photo Identification such as a passport, valid driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

Cc:

(REVISED 07/10/03)                                                                **www.dhs.gov**

EXHIBIT M

.Department of Homeland Security

USCIS
630 Sansome Street
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

Tuesday, July 18, 2006

FARZANEH AMINI
260 VICENTE ST
SAN FRANCISCO CA 94127

Dear FARZANEH AMINI:

On 07/18/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 11/05/2004 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | AMINI, FARZANEH |
| **Your USCIS Account Number (A-number):** | A098256518 |
| **Type of service requested:** | Case Status - Outside Processing Time |
| | Change of Address |

The status of this service request is:

Recently, you called us to update your address. We have updated your address on your application or petition. Thank you for notifying us of your change of address. If you change your address again in the future, please contact customer service at the number provided below.

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note: When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

EXHIBIT N

LAW OFFICES OF

# H. NELSON MEEKS

The Flood Building
870 Market Street, Suite 442 9 7 5
San Francisco, CA 94102

nelsonmeeks@cs.com

Telephone (415) 989-9915
Telecopier (415) 989-9914

November 8, 2007
*BY FAX 415 844-5260 Only*

Ms. Rosemary Melville
District Director
630 Sansome Street
San Francisco, CA 94111

Subject:     *INS v. AMINI*
             **Alien No. A98-256-518**

Dear Ms. Still:

I write this letter on behalf of my client who has patiently been waiting for the service to process her adjustment application for over three years. It is almost two years and six months behind in its processing. My client has made several inquiries before the immigration service and has not received any meaningful response. My client is now so frustrated that she is seriously considering seeking relief from the courts. Please let me know if you can and will help my client get her adjustment adjudicated. She has given my office a drop-dead date of November 13, 2007 to resolve this matter through the Service so I hope I can hear from you before that date. If I do not hear from you, please be advised that we will be filing a Complaint for Mandamus before District Court.

Respectfully,

H. Nelson Meeks

cc:     Farzaneh Amimi

✶ ✶ ✶ Communication Result Report ( Nov. 8. 2007  4:25PM ) ✶ ✶ ✶

1) Law Offices of H. Nelson Meeks
2) Law Offices of H. Nelson Meeks

Date/Time: Nov. 8. 2007  4:24PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1738 | Memory TX | G3-AT :8445260 | P. 1 | OK | |

----------------------------------------------------------------------

Reason for error
E. 1) Hang up or line fail                    E. 2) Busy
E. 3) No answer                               E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

LAW OFFICES OF
# H. NELSON MEEKS

The Flood Building
870 Market Street, Suite 442 975
San Francisco, CA 94102

nelsonmeeks@kcs.com

Telephone (415) 989-9915
Telecopier (415) 989-9914

November 8, 2007
BY FAX 415 844-5260 Only

Ms. Rosemary Melville
District Director
630 Sansome Street
San Francisco, CA 94111

Subject:     INS v. AMINI
             Alien No. A98-256-518

Dear Ms. Still:

I write this letter on behalf of my client who has patiently been waiting for the service to process her adjustment application for over three years. It is almost two years and six months behind in its processing. My client has made several inquiries before the immigration service and has not received any meaningful response. My client is now so frustrated that she is seriously considering seeking relief from the courts. Please let me know if you can and will help my client get her adjustment adjudicated. She has given my office a drop-dead date of November 13, 2007 to resolve this matter through the Service so I hope I can hear from you before that date. If I do not hear from you, please be advised that we will be filing a Complaint for Mandamus before District Court.

Respectfully,

H. Nelson Meeks

cc:    Farzaneh Amini

EXHIBIT.

**Farzaneh Amini, Ph.D. psy 19766**
**3355 Brittan Ave. #4**
**San Carlos, CA 94070**
**Cell: (415) 216-9254**
farzanehamini@yahoo.com

## EDUCATION

2001          The Wright Institute, Berkeley, CA
              Ph.D., Clinical Psychology

1991          University of San Francisco, San Francisco, CA
              Master of Arts, Counseling Psychology

1983          University of San Francisco, San Francisco, CA
              Bachelor of Arts, Psychology

## CERTIFICATION

2004          National Guild of Hypnotists, Merrimack, New Hampshire
              Certified Hypnotherapist

## RELAVENT WORK EXPERIENCE

2005-present  **Geriatric Counseling Inc.** Costa Mesa, CA
              Provide psychological evaluations and psychotherapy in various
              Convalescent hospitals.

2005-present  **Multi lingual Counseling Center** Oakland. CA
              **Clinical Director**
              Provide clinical individual and group supervision for MFT, Psy.D. , and
              Ph.D. trainees and interns.
              Provide didactic training on various  psychotherapy techniques, group
              And individual therapy, and crisis intervention.

2004-present  *Private Psychotherapy Practice*
              **Licensed Psychologist**, Newark, CA
              Provide a range of psychotherapeutic methods in treatment of mood
              disorders, post-traumatic stress disorder, psychosomatic disorders,
              addiction, eating disorders, and childhood disorders for children,
              adolescents, adults, and couples.

2003-2004     **Multi lingual Counseling Center** Oakland, CA
                  **Psychotherapist**
                  Conducted intakes, assessment, and treatment plans for adult clients with
                     Different cultural backgrounds.
                     Provided individual and group psychotherapy for Farsi and English
                     Speaking clients.
                     Attended staff meetings, trainings, and supervision.

2001-2003     *Family Service Agency of San Francisco*
                  *Tender Loin Family Program*, San Francisco, CA
                  **Post-Doctoral Fellow and subsequent Psychotherapist Employee**
                  Conducted intakes, assessment, and treatment plan for children and
                  adolescents suffering from manic depression, autism, depression,
                  pervasive development disorder, ADHD, PTSD, and physical, sexual and
                  emotional abuse, and their families. Attended the Individual Education
                  Program, and collaborated with teachers, school staff, and DHS workers.

1999-2001     *C.G. Jung Institute*, San Francisco, CA
                  **Pre-Doctoral Intern**
                  Provided psychotherapy to individual adults utilizing depth oriented
                  therapy. Conducted intake interviews for assessment of potential patients.
                  Partook in case conferences to discuss presenting cases.  Joined didactic
                  seminars on various topics including practices of psychotherapy and depth
                  therapy. Participated in individual and group supervision.

1997-1998     *A Better Way Foster Family Program*, Berkeley, CA
                  **Social Worker**
                  Through referrals and interviews, placed children with respective foster
                  parents. Coordinated transfers of children and trained foster parents.
                  Engaged weekly therapy meetings to provide therapeutic intervention and
                  support to children and foster parents. Conducted assessment and prepared
                  treatment plans for children. Maintained documentation and reports on
                  children and foster parents.

1995-1997     *Sequoia Hospital Alcohol & Drug Recovery Center*, Redwood City, CA
                  **Graduate Student Couple Therapist**
                  Conducted couple therapy with recovering addicts and their partners.
                  Conducted group couple therapy and multi-family group therapy. Led
                  training workshop for codependent members of addict's families.
                  Attended didactic seminars.

1991-1992     *Clement Street Counseling Center*, San Francisco, CA

**Graduate Student Therapist**
Conducted Intake interviews, and individual long- term therapy. Provided couple therapy. Developed individualized therapeutic treatment plans, and attended didactic seminars on different therapeutic models.

1989-1990    *Suicide Prevention*, San Francisco, CA
**Crisis Intervention Counselor**
Completed a seven-week training program. Specialized in drug, alcohol and suicide crisis intervention hotline, and conducted phone crisis counseling.

1982-1983    *Women Incorporated*, San Francisco, CA
**Counselor for Battered Women**
Conducted counseling for battered women, and intake interview. Made referrals for medical attention and temporary shelter for women. Took police reports for clients.

1981-1982    *Red Cross Project*, San Francisco, CA
**Teacher's Assistant**
Worked with juvenile delinquents in classroom setting.

## RESEARCH

1991-1992    *The Wright Institute*, Berkeley, CA
**Qualifying Empirical Research Project**
Empirical research on extroversion-introversion and use of defense mechanism.

1998-2001    *The Wright Institute*, Berkeley, CA
**Dissertation**
Qualitative research on Sufi psychology and Jungian analytic psychology: Treatment of borderline and narcissistic personality disorders.

## PERSONAL AND PROFESSIONAL DEVELOPMENT

March 2007  **Reconsidering Trauma,** South San Francisco, CA

October 2005  **Clinical Supervision: Beyond the Basics,** Berkeley, CA

May 2005    **Introduction to Geropsychology,** San Mateo, CA

| | |
|---|---|
| April 2005 | **Anxiety Disorders Treatment: Cognitive Behavioral Interventions**, San Rafael, CA |
| FEB 2005 | **American Red Cross: Disaster Mental Health**, Redwood City, CA |
| April 2004 | **International Spiritual Hypnotherapy Institute**, Berkeley, CA |
| DEC 2000 | **Active Imagination Embodied: Experiencing Authentic Movement,** Tina Stormsted, Ph.D., San Francisco, CA |
| NOV 2000 | **History of Analytical Psychology Symposium: Our Living History,** San Francisco, CA |
| AUG 1999 | **American Psychological Association Convention,** San Francisco, CA |
| 1999-2000 | **Heirs of Jung and Freud,** San Francisco, CA |

## OTHER RELEVANT INFORMATION

| | |
|---|---|
| 1986-1988 | Lived in Germany **Volkshoch schule** – German Language School |
| 1983-1985 | Lived in Italy **Istitoto Dante** – Italian Language School |

## LANGUAGES SPOKEN
**Persian**

## REFERENCES

Upon Request

The Wright Institute

has conferred upon

Farzaneh Amini

the Degree of

Doctor of Philosophy in Psychology

And all the rights and privileges thereunto appertaining.
In Witness whereof, this Diploma, duly signed, has been awarded
and the Seal of the Wright Institute affixed.
Conferred by the Wright Institute upon recommendation of the
Faculty of the Graduate School of Psychology at Berkeley.

September 2001

_Peter Dyhrwad_
President

_Alexenko Ph.D._
Dean

# University of San Francisco

of the Society of Jesus



The Trustees of the University of San Francisco by virtue of the authority
vested in them by the sovereign State of California have conferred upon

## Farzaneh Amini

the Degree of

## Master of Arts

Counseling

School of Education

Given at San Francisco, in the State of California, this twenty-third day of May, in the year of our Lord
Nineteen Hundred and Ninety-one and of the University the One Hundred and Thirty-sixth

John W. Clark, S.J.
Vice-President for Academic Affairs

Dean of the School

John P. Lokisin, S.J.
President of the University

Philip Callata, S.J.
Secretary of the University

# University of San Francisco

## Society of Jesus



The Trustees of the University of San Francisco by virtue of the authority
vested in them by the sovereign State of California have conferred upon

## Farzaneh Amini

the Degree of

## Bachelor of Arts

In the College of Liberal Arts and Sciences

Given at San Francisco, in the State of California, this twenty-first day of May, in the year of our Lord
Nineteen Hundred and Eighty-three and of the University the One Hundred and Twenty-eighth

*William J. Binkley*
Vice-President for Academic Affairs

*D. S. D. R.*
Dean of the College

*John Lo Schiavo S.J.*
University President

*Philip Tessandio S.J.*
Secretary of the University



The Way of ISHI

Spiritual Rights Foundation, Inc.

Berkeley, California – Estd. 1982

# International Spiritual Hypnotherapy Institute

This is to certify that Farzaneh Amini, PhD.

having satisfactorily completed the required course of studies, has been found by the Board of Directors
to possess the required qualifications, and is hereby certified to practice on site at the ISHI Hypnosis Clinic as a

## Hypnotist

In Witness Whereof, the Signature of the Administrator is
hereunto affixed on this 4th day of April, 2004

Angela Silva, President

**ADVISORY BOARD**

Robin Dufflein, CH
Deborah Livingston, BCI, CI
Dr. Mort Litwack, Ph.D., CH

The Doane Stuart School



THE DOANE STUART SCHOOL 1870

This Diploma certifies that

Farzaneh Amini

has satisfactorily completed the course of studies.
In testimony whereof we set down our signature this
eighth day of June, 1979.

Margaret E. Pin
Headmistress

John H. Doane
Chairman, Board of Governors

EXHIBIT 8

DECLARATION OF FARZANEH AMINI

I, Farzaneh Amini, declare as follows:

1.  I make all of the statements herein of my own personal knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true, and if called as a witness, could and would testify competently thereto.

2.  My name is Farzaneh Amini and currently reside at 260 Vicente St, San Francisco, CA 94127. I was born in Iran on July 28, 1961 and I am 46 years old.

3.  I have been happily married to my United Citizen husband, Rahim Kazemi for over 3 years. I met my husband in a poetry class in December 2003. We dated for five months, fell in love and decided to get married.

4.  We had our civil ceremony on March 24, 2004 in San Francisco, CA followed by a religious ceremony on May 22, 2004 in Mill Valley, CA.

5.  Only my sister was able to attend my wedding because my mother was not well enough to travel at that time.

6.  We filled out the adjustment paperwork and submitted it to immigration service around August 29, 2004.

7.  On November 5, 2004, we received a letter from immigration asking that I send in additional information. I sent in my response right away in the month of November 2004.

8.  On December 2, 2004, I received a Notice of Receipt and a fingerprint appointment for December 16, 2004. I went to my  appointment as instructed.

9.  On December 2, 2004, I received another letter from immigration asking me to bring documents with me to the interview on February 3, 2005.

10. On February 3, 2005, my husband, and I went to the interview.  We met with the officer for about an hour or so.  At the end of the interview, he said that my I-94

*INS v. Amini Farzaneh*        DECLARATION OF MRS. FARZANEH AMINI
A 98-256-518

Law Offices of H. Nelson Meeks
870 Market Street, Suite 412
San Francisco, CA 94102

card was missing and that I had to request it from the service and send within 90

days. The officer also mentioned that I had to wait for a clearance to pass and as

soon as I got clearance, I would get an answer.

11. About a week later, I sent a request to immigration to get re-issuance of the I-94

card. It arrived around April of 2005 and I sent it in to the service upon receipt.

12. Again, my understanding within a few months after the clearance went through I

would get my decision in the mail.  I have always complied with the government.

13. Around October 6, 2005  I started getting very nervous and worried because I still

did not have an asnwer. I called US Citizenship and Immigration Services (CIS)

its customer service 800 number to inquire about my case. I spoke to someone

over the telephone and asked about my decision. I was told CIS would look into

my caseand send the letter with the status.  I never received a response.

**14.** About June of 2006, I called again and told CIS that I was still waiting. Again, I

was told, I would get a letter with my status. I received a letter from CIS on July

18, 2006 stating that my case was still pending and that I need to wait 190 days.

15. So now it has been over a year since the CIS letter of July 18, 2006. I am not sure

what the delay is but I see no progress in the processing of my application.

16. A good friend of mine, Faribah Faiz, helped me request a Freedom Of

Information Act file (FOIA) to see what is going on in my case, but to date, I am

still waiting to receive my file from CIS.

17. I am angry and frustrated. I have waited for 2 years and 9 months  and no decision

has been made. I was forced to hire an attorney to assist me in this case.

**PERSONAL BACKGROUND**

18. I entered the United States for the first time in 1977 in New York at the age of 16

with a student visa.  I enrolled in Doane Stuart School, a Jesuit private high

school in New York, and received my high school diploma.

*INS v. Amini Farzaneh*
A 98-256-518

DECLARATION OF MRS. FARZANEH AMINI

Law Offices of H. Nelson Meeks
870 Market Street, Suite 412
San Francisco, CA 94102

Law Offices of H. Nelson Meeks
870 Market Street, Suite 412
San Francisco, CA 94102

19. In 1981 I moved to San Francisco and began attending the University of San Francisco, where I completed my Bachelor of Arts in Psychology with a minor in Philosophy in 1983. I went on to receive my Master of Arts in Psychology from the same institution, and completed my Ph.D. in clinical psychology at the Wright Institute, Berkeley in 2001.

20. I have served my community by giving thousands of unpaid hours of my time and services including work in suicide prevention, alcohol and drug recovery with battered women and with juvenile delinquents. I have also worked for a number of non-profit organizations [Exhibit O]. I work with the Family Service Agency of San Francisco, which provides a variety of services to low-income families, including psychotherapy. I have treated children and adolescents suffering from manic depression, autism, pervasive development disorder, attention deficit disorder, post-traumatic stress disorder, physical, sexual and emotional abuse.

21. I currently work at various convalescent hospitals in the Bay Area doing psychotherapy with patients suffering from Alzheimer, Parkinson, bipolar disorder, schizophrenia, depression, and other ailments. I also work with Afghan refugees who suffer from severe post-traumatic stress disorder and depression.

22. My education, career, and my life has been dedicated to helping those in need.

23. I have been a law-abiding, tax-paying member of this society. I have done nothing but help and serve this country and those of its members in need.

**HARDSHIP**

24. It has been difficult waiting for almost three years for a decision on my case. This prevents me from helping and visiting my family members who live abroad.

25. My mother and siblings all live in Iran and my older sister, Fatemeh Amini lives in Italy. She has undergone serious physical ailments and difficulties, for which I have been unable to be present.

*INS v. Amini Farzaneh*
A 98-256-518                    DECLARATION OF MRS. FARZANEH AMINI

Law Offices of H. Nelson Meeks
870 Market Street, Suite 412
San Francisco, CA 94102

26. Even though I have applied for advanced parole, I have been hesitant to leave the country out of fear because I might not be able to re-enter.

27. This has been a major source of distress in my life. I have helped so many people, but on account of my uncertain immigration status, there have been crucial and difficult times for my family that I have not been able to be there.

28. My mother Ehtram Tarkish-Daz, is 76 years old and suffers from diabetes, kidney disease, and late-stage arthritis. She spends her days hoping that before her death she will see me one last time. She is unable to travel and this breaks my heart.

29. My brothers have been taking care of her for the past years and I feel deeply indebted to them for the care they have provided her. My biggest desire is to be able to travel and somehow contribute. I have not seen my sister for 4 years, my eldest brother for 12 years, and my younger brother for 16 years.

30. In addition, I have not been able to travel and meet any of my husband's family. They all live abroad and do not have a means to travel to the United States. This has been a source of grief for both for my husband and I. This is very difficult because I feel disconnected from that part of my husband's life. We speak on the phone but I wish to meet them in person.

31. In our culture, it is very important for families to meet each other, and to have close relationships.

32. I have not been back to Iran since 1981. My father passed on April 12, 1994 and I was not able to attend his funeral. This was very difficult for me. I fell into a deep depression for about a year because of this. I would like to go to Iran and visit his remains. Also, if my mother passes and I am not able to travel, I do not know if I will be able to take this.

33. For the last four years, I have been suffering from stress in all aspects of my life because of this. My life has been in limbo for the last four years and this has affected my career.

34. My goal is to get a job with the Veteran's Hospital. However, this job requires employees to be US Citizens. Obviously, I will not be able to apply until I am a citizen.  Since I have been waiting for almost three years for a decision, this has now prolonged the time it will take me to become a citizen.

35. My husband and I were in the market to purchase our first home in 2005. Since I have no status, I was not able to apply for a loan to buy our home.

36. I have auto immune disease, and a thyroid condition.  I suffer from fatigue and depression and stress worsens my medical conditions.  This means that I have to live a stress free life in order to take care of myself, my family, and my patients. The stress of not knowing what is going to happen has affected my personal and professional life.

37. I cannot sleep due to my immigration worry. I keep stressing about what is going to happen and how much longer it will take to get my decision.

38. I hope that this court will help me

Law Offices of H. Nelson Meeks
870 Market Street, Suite 412
San Francisco, CA 94102

- 5 -

I, Farzaneh Amini, declare under penalty of perjury under the laws of the State of California, the foregoing is true and correct; at San Francisco, California, this

14th of November 2007.

Respectfully submitted,

*Farzaneh Amini*

FARZANEH AMINI

Law Offices of H. Nelson Meeks
870 Market Street, Suite 412
San Francisco, CA 94102

- 2 -

*INS v. Amini Farzaneh*
A 98-256-518

DECLARATION OF MRS. FARZANEH AMINI