1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 FARZANEH AMINI,                    )
                                      ) No. C 07-5796 CRB
13            Plaintiff,              )
                                      )
14       v.                           ) **STIPULATION TO EXTEND DATES;**
                                      ) **and [PROPOSED] ORDER**
15 MICHAEL MUKASEY, Attorney General  )
   of the United States;              )
16 MICHAEL CHERTOFF, Secretary,       )
   Department of Homeland Security;   )
17 ROSEMARY MELVILLE, District Director, )
   San Francisco Office, U.S. Citizenship and )
18 Immigration Services;              )
   ROBERT DIVINE, Acting Director,    )
19 U.S. Citizenship and Immigration Services, )
                                      )
20            Defendants.             )
                                      )
21

22      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to the following:

24      1. Plaintiff filed this action on or about November 14, 2007.  The United States Attorney's

25 Office was not served until January 15, 2008.

26      2. Pursuant to this Court's November 14, 2007 Order Continuing Case Management

27 Conference, the parties are required to file a joint case management statement on February 15,

28 2008, and attend a case management conference on February 22, 2008.

Stipulation to Extend Dates
C07-5796 CRB                              1

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendants to file an Answer | March 14, 2008 |
| Last day to file Joint ADR Certification | March 21, 2008 |
| Last day to file/serve Joint Case Management Statement: | March 28, 2008 |
| Case Management Conference: | April 4, 2008 at 8:30 a.m. |

Dated: January 18, 2008                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                           /s/
                                           ILA C. DEISS
                                           Assistant United States Attorney
                                           Attorney for Defendants


Dated: January 18, 2008                         /s/
                                           H. NELSON MEEKS
                                           Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:
                                           CHARLES R. BREYER
                                           United States District Judge

Stipulation to Extend Dates
C07-5796 CRB                    2