1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12  FARZANEH AMINI,                        )
                                           )  No. C 07-5796 CRB
13              Plaintiff,                  )
                                           )
14        v.                               )  **STIPULATION TO EXTEND DATES;**
                                           )  and ~~[PROPOSED]~~ **ORDER**
15  MICHAEL MUKASEY, Attorney General      )
    of the United States;                  )
16  MICHAEL CHERTOFF, Secretary,           )
    Department of Homeland Security;       )
17  ROSEMARY MELVILLE, District Director,  )
    San Francisco Office, U.S. Citizenship and )
18  Immigration Services;                  )
    ROBERT DIVINE, Acting Director,        )
19  U.S. Citizenship and Immigration Services, )
                                           )
20              Defendants.                )
    _____ )
21

22       Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to the following:

24       1.  Plaintiff filed this action on or about November 14, 2007.  The United States Attorney's

25  Office was not served until January 15, 2008.

26       2.  Pursuant to this Court's November 14, 2007 Order Continuing Case Management

27  Conference, the parties are required to file a joint case management statement on February 15,

28  2008,  and attend a case management conference on February 22, 2008.

Stipulation to Extend Dates
C07-5796 CRB                          1

3.  In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day for Defendants to file an Answer                    March 14, 2008

Last day to file Joint ADR Certification                     March 21, 2008

Last day to file/serve Joint Case Management Statement:      March 28, 2008

Case Management Conference:                                  April 4, 2008 at 8:30 a.m.


Dated: January 18, 2008                    Respectfully submitted,

                                           JOSEPH P. RUSSONIELLO
                                           United States Attorney


                                           _____/s/_____
                                           ILA C. DEISS
                                           Assistant United States Attorney
                                           Attorney for Defendants


Dated: January 18, 2008                    _____/s/_____
                                           H. NELSON MEEKS
                                           Attorney for Plaintiff


                              **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:   January 23, 2008

CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Extend Dates
C07-5796 CRB                    2