JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARZANEH AMINI, | ) |
|             Plaintiff, | ) No. C 07-5796 CRB |
|        v. | ) **STIPULATION TO DISMISS AND** |
| MICHAEL MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROSEMARY MELVILLE, District Director, San Francisco Office, U.S. Citizenship and Immigration Services; ROBERT DIVINE, Acting Director, U.S. Citizenship and Immigration Services, | ) **[PROPOSED] ORDER** |
|             Defendants. | ) |

    Plaintiff, by and through her attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

Stipulation to Dismiss
C07-5796 CRB                            1

Case 3:07-cv-05796-CRB    Document 6    Filed 03/06/2008    Page 2 of 2

1  Each of the parties shall bear their own costs and fees.

2  Dated: March 4, 2008                                Respectfully submitted,

3                                                      JOSEPH P. RUSSONIELLO
                                                       United States Attorney

6                                                      /s/
                                                       ILA C. DEISS[1]
                                                       Assistant United States Attorney
7                                                      Attorney for Defendants

9  Dated: March 4, 2008                                /s/
                                                       H. NELSON MEEKS
10                                                     Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

16  Date:                                              /s/
                                                       CHARLES R. BREYER
17                                                     United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C07-5796 CRB                                           2