1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12 FARZANEH AMINI,                    )
                                       )  No. C 07-5796 CRB
13            Plaintiff,               )
                                       )
14     v.                              )  **STIPULATION TO DISMISS AND**
                                       )  [PROPOSED] **ORDER**
15 MICHAEL MUKASEY, Attorney General   )
   of the United States;               )
16 MICHAEL CHERTOFF, Secretary,        )
   Department of Homeland Security;    )
17 ROSEMARY MELVILLE, District Director,)
   San Francisco Office, U.S. Citizenship and )
18 Immigration Services;               )
   ROBERT DIVINE, Acting Director,     )
19 U.S. Citizenship and Immigration Services, )
                                       )
20            Defendants.              )
                                       )
21

22     Plaintiff, by and through her attorney of record, and Defendants by and through their attorney

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

24 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

25 ///

26 ///

27 ///

28
   Stipulation to Dismiss
   C07-5796 CRB                              1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: March 4, 2008      Respectfully submitted,

3 |      JOSEPH P. RUSSONIELLO
United States Attorney

6 | /s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorney for Defendants

9 | Dated: March 4, 2008      /s/
H. NELSON MEEKS
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 7, 2008

CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C07-5796 CRB      2